# **EXHIBIT D**

| | |
|---|---|
| **From:** | Podolsky, Gail E. |
| **Sent:** | Thursday, April 13, 2023 9:59 PM |
| **To:** | abuse@godaddy.com; copyrightclaims@godaddy.com; abusedocuments@cloudflare.com; hello@ercusa.com |
| **Subject:** | COPYRIGHT CLAIM - Notice of Copyright Violation (DMCA Takedown Notice) |

Dear Sir / Madam,

We are contacting you on behalf of Innovation Refunds LLC ("Innovation Refunds"), which owns the Intellectual Property Rights ("IPR") of the content that appears on innovationrefunds.com

Innovation Refunds has authorized this law firm to enforce its IPR against illegal infringements, which include trademarks, copyrights, designs, and related rights related to the Innovation Refunds brand.

This email is an official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"), and we seek the immediate removal of all content on the website ercusa.biz as it duplicates my client's website in its entirety.  My client's website is located at innovationrefunds.com.

The infringing material, whose content belongs to Innovation Refunds, is the entire content posted on ercusa.biz (the "Infringing Material"). The copied content on the ercusa.biz website includes text, images, trade dress, and color scheme that are the property of Innovation Refunds and protected by copyright laws.

My contact information is:

Gail E. Podolsky, Esq.
Carlton Fields
One Atlantic Center
1201 W. Peachtree St. NW, Ste. 3000
Atlanta, Georgia 30309-3455
Direct: 404.815.2714 | Fax: 404.815.3415
gpodolsky@carltonfields.com

We have a good faith belief that use of the copyrighted materials described above on the infringing website is not authorized by the copyright owner, or its agent, or the law. We have taken fair use into consideration. We swear, under penalty of perjury, that the information in this notification is accurate and that we are authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

In view of the foregoing, we DO HEREBY DEMAND that you within twenty-four (24) hours of the date of delivery of this communication, that domain ercusa.biz be disabled and all Infringing Material be permanently removed.  We request written confirmation that these steps have been taken.

If we do not receive written confirmation within twenty-four (24) hours of the date of this communication, we intend to take legal action necessary to protect Innovation Refunds' rights including, but not limited to, an injunction, as well as damages and its legal costs. All of my client's rights are hereby expressly reserved.

Sincerely,

Gail



**Gail E. Podolsky**
**Attorney at Law**

**One Atlantic Center**
**1201 W. Peachtree St. N.W., Ste. 3000**
**Atlanta, Georgia  30309-3455**
**Direct:  404.815.2714 | Fax:  404.815.3415**

gpodolsky@carltonfields.com  |  www.carltonfields.com
bio |vcard

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product.  If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*